**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| In Re: Dennis and Dorothy Meade | Case No. 09-32302-KRH<br>Chapter 13 |
| Debtors | |

ORDER AUTHORIZING SALE
OF REAL PROPERTY

This matter came to be heard upon the Motion of the Debtors for the authority to sell real property, and it appearing to the Court that the Debtors have the opportunity to sell the real property located at 3932 Evelake Rd., Richmond, VA 23237, for the amount of $30,000.00, and it further appearing that the sale of this property will allow the debtor to pay additional funds in the approximate amount of $10,000.00 into his bankruptcy plan. The sale proceeds will be paid to the Chapter 13 trustee to be paid towards his unsecured creditors and other allowed claims in his Chapter 13 case. There will be no money left over to pay the Debtors from this transaction.

The Court further determining that it would be in the best interest of the creditors and parties in interest in this case to allow this sale to take place, and for these reasons and other good cause shown, it is hereby

ORDERED that the debtor is authorized to Sell real property, particularly described as Lot 2, Block B, Kingsland Gardens, better known as:

3932 Evelake Rd., Richmond, VA 23237.

and it is

FURTHER ORDERED that prior to the actual closing of this transaction, the settlement agent shall forward to counsel for the debtor and to the chapter 13 trustee a proposed HUD-1 for review. It shall be the responsibility of counsel for the debtor to

review these documents to assure that the terms of this Order and the payment of the proper amount to the Chapter 13 are provided for, and it is

FURTHER ORDERED that immediately after the closing the settlement agent shall provide a fully executed copy of the settlement statement and/or HUD-1 to counsel for the debtor and the Chapter 13 Trustee, and it is

FURTHER ORDERED that the Court hereby authorizes payment to debtor's attorney by the closing agent of reasonable and necessary attorney fees for services rendered in this matter not to exceed $500 without further order of this Court. Any requested fees related to this transaction that exceed $500 must be applied for and approved by the Court.

I ask for this:

/s/ Richard James Oulton_____
Richard James Oulton
Counsel for Debtor

Seen and approved:


/s/ Carl M. Bates
Carl M Bates
Chapter 13 Trustee



_____
U.S. Bankruptcy Judge

CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by electronic means or by mail first class a true accurate copy of the Order to Authorize Sell of Real Property to all creditors and to all necessary parties on May 2, 2011.

/s/ Richard J. Oulton
Richard J. Oulton, Attorney for Debtor

PARTIES TO RECEIVE COPIES:

Carl M Bates
Chapter 13 Trustee
PO Box 1819 Richmond, VA 23218-1819

Dennis and Dorothy Meade
25400 E Saylers Creek Rd  Jetersville, VA 23083